

508-07PJG/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
COSMOTRADE EXPORTS S.A.,                    07 CV

                    Plaintiff,

                                                    **RULE 7.1 STATEMENT**

  -against-

RULEWAVE LLC (DUBAI)
a/k/a RULEWAVE LLC,

                    Defendant.
-----------------------------------------------------------x

      The Plaintiff, COSMOTRADE EXPORTS S.A., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Federal Rule of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel Peter J. Gutowski (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: New York, New York
       October 18, 2007

                              FREEHILL HOGAN & MAHAR, LLP
                              Attorneys for Plaintiff
                              COSMOTRADE EXPORTS S.A.,

           By: _____
                            Peter J. Gutowski (PG 2200)
                            Pamela L. Schultz (PS 8675)
                            80 Pine Street
                            New York, NY 10005
                            Telephone: (212) 425-1900
                            Facsimile: (212) 425-1901

NYDOCS1/292176.1