UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CosmoTrade Exports,

-v.-

RuleWave, LLC

: 07 Civ. 9377 (RWS)

------------------------------------------------------------X

Please be advised that the conference scheduled for March 12, 08 has been rescheduled to March 19, 08 at 4:30pm in Courtroom 18C.

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
12-12-07

_____
ROBERT W. SWEET
United States District Judge