UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COSMOTRADE EXPORTS S.A., | **CERTIFICATE OF MAILING** |
| Plaintiff, | |
| -V- | |
| RULEWAVE LLC ( DUBAI) a/k/a RULEWAVE LLC, | |
| Defendant, | 07 CIV 9377(RWS) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**22ND Day of January, 2008**

I served the

Summons & Verified Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (C) (ii) filed and issued herein on the,

**19th Day of October, 2007**

by mailing via DHL Worldwide Express, pick up scheduled for 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:

**740 5070 643**

_J. Michael McMahon_
CLERK

Dated: New York, NY

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI †
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ**
DANIEL J. FITZGERALD*†△
JILL A. TAFT
MICHAEL C. ELLIOTT*

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
△ALSO ADMITTED IN WASHINGTON, D.C.
*ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

January 18, 2008

Our ref: 508-07/PJG/PLS

**BY HAND**

[DHL International Shipment Waybill 740 5070 643 — handwritten]

Shipper: Pamela Schultz, Freehill Hogan & Mahar, Peter McCarthy 24th Floor, 80 Pine St. Fl. 24, New York, NY 10005-1759, (212) 425-1900
Shipper's Reference: 508-07/PJG/PLS
Receiver: KateWave LLC Dubai, Office 111, First Floor, Art Tower, Al Mina Road, Al Rafa, P.O. Box 66923, United Arab Emirates, 971 4 311 9511
Contents: Legal Documents