BLANK ROME, LLP
Attorneys for Intervenors
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| COSMOTRADE EXPORTS S.A., | |
|---|---|
| Plaintiff, | 07 Civ. 9377 (RWS) |
| - against - | |
| RULEWAVE LLC (DUBAI) a/k/a RULEWAVE LLC, | **F.R. CIV. P. RULE 7.1 STATEMENT** |
| Defendant. | |

Pursuant to F. R. Civ. P. Rule 7.1 and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Intervenors, Rulewave B.V.; Rulewave (UK) Ltd. and Rulewave Inc. certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of those parties, securities or other interests in which are publicly held.

Dated: New York, NY
March 14, 2008

                                              Respectfully submitted,
                                              BLANK ROME, LLP
                                              Attorneys for Intervenors

                                              By _/s/ Jeremy Harwood_
                                              Jeremy J.O. Harwood (JH 9012)
                                              405 Lexington Avenue
                                              New York, NY 10174
                                              Tel.: (212) 885-5000