BLANK ROME LLP
Attorneys for Intervenors
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COSMOTRADE EXPORTS S.A.,<br><br>        Plaintiff,<br><br>- against -<br><br>RULEWAVE LLC (DUBAI) a/k/a RULEWAVE LLC,<br><br>        Defendant. | 07 CV 9377 (RWS) |

## NOTICE OF INTERVENTION AND CLAIM OF OWNER

NOW APPEARS RULEWAVE B.V., RULEWAVE INC. and RULEWAVE (UK) LTD. and pursuant to Supplemental Rule C(6)(b) and Rule E(8) and F. R. Civ. P. Rule 24(a) intervenes for themselves as the owner of electronic fund transfers (EFTs") attached, respectively, (1) at JPMorgan Chase on or about February 28, 2008 and in the total sum of $35,284.71 (2) at The Royal Bank of Scotland on or about March 13, 2008 in the sum of $31,402.62 and (3) at the Bank of America on or about March 3, 2008 in the sum of $6,372.76 and make claim to the EFTs and aver that they were and still are the true and bona fide owners of the EFTs and that no other person is the owner thereof.

128954.00601/6623467v.1

WHEREFORE, they make a limited appearance and pray to defend the quasi in rem attachment of the EFTs without prejudice to all other rights, claims and defenses that Defendant Rulewave LLC (Dubai) may have.

Date: New York, New York
March 14, 2008

Respectfully submitted,

BLANK ROME LLP

By: _____
Jeremy J.O. Harwood
405 Lexington Avenue
New York, New York 10174
(212) 885-5000

*Attorneys for Intervenors*