BLANK ROME LLP
Attorneys for Intervenors
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COSMOTRADE EXPORTS S.A., <br><br> Plaintiff, <br><br> - against - <br><br> RULEWAVE LLC (DUBAI) a/k/a RULEWAVE LLC, <br><br> Defendant. | 07 CV 9377 (RWS) |

**AFFIDAVIT IN SUPPORT OF MOTION UNDER RULE E OF THE SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS AND LOCAL ADMIRALTY RULE E.1 FOR VACATUR**

STATE OF NEW YORK   )
                    : ss.:
COUNTY OF NEW YORK )

JEREMY J.O. HARWOOD, being duly sworn, deposes and says:

1. I am a member of the firm of BLANK ROME LLP, and lead counsel for defendants. I attest to the truth of the following facts based upon my review of

128954.00601/6623475v.1

documents provided to me by my clients and its legal representatives and the authenticity of the attached documents.

2. I attach as Exhibit 1 my letter to Plaintiff's counsel dated March 4, 2008 asking that attachments of funds belonging to Rulewave B.V. be released.

3. I attach as Exhibit 2 hereto Plaintiff's counsel's response by email dated March 6, 2008.

_____
Jeremy J.O. Harwood

Sworn to before me this
14th day of March, 2008

_____
Notary Public

THOMAS H. BELKNAP, JR.
Notary Public, State of New York
No. 02BE5084849
Qualified in New York County
Commission Expires September 8, 200

2

128954.00601/6623475v.1