BLANK ROME LLP
Attorneys for Intervenors
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COSMOTRADE EXPORTS S.A.,<br><br>                     Plaintiff,<br><br>- against -<br><br>RULEWAVE LLC (DUBAI) a/k/a<br>RULEWAVE LLC,<br><br>                     Defendant. | 07 CV 9377 (RWS) |

**DECLARATION OF HENK POST IN SUPPORT OF
MOTION TO VACATE ATTACHMENT OF ASSETS OF
<u>RULEWAVE B.V., RULEWAVE INC. AND RULEWAVE (UK) LTD.</u>**

I, HENK POST, declare under penalty of perjury of the laws of the United States:

1.    I am a director of Rulewave B.V. ("Rulewave Holland") with offices at Ringdijk, 366-2983GR Ridderkerk, The Netherlands. I have had that position since June 4, 2007.

<u>THE RULEWAVE GROUP</u>

2.    Rulewave is referred for marketing purposes in a website of Rulewave Holland to be a "group."

3.  All companies referred to in the website are independent and not part of a legal "group." They simply use the same trade name.

4.  Rulewave is not the parent company and has no ownership interest in other companies using the Rulewave name in their respective jurisdictions, other then a minority shareholders position in Rulewave LLC (Dubai) of 12.5%, and a 100% shareholders position in ZAO Rulewave CIS (Russia).

5.  This is true of Rulewave Inc. with an office at 450 N. Sam Houston Parkway E., Houston, Texas ("Rulewave Texas") and Rulewave (UK) Ltd. with offices at 146 Bishopsgate, London EC2M 4JX, England ("Rulewave UK").

6.  I attach as Ex. 1 a true copy of the "certificate of good standing" of Rulewave Holland.

7.  The Rulewave Companies are all separate companies or corporations.

8.  The Rulewave Companies maintain separate bank accounts and do not co-mingle accounts.

9.  Rulewave Holland does not and has not acted as "paying agent" for or on behalf of Rulewave Dubai.

### THE ATTACHMENTS

10. On or about February 28, 2008 JPMorgan Chase attached two electronic fund transfer ("EFTs") one that named Rulewave Holland as beneficiary in the sum of $29,992 and a second in the amount of $5,292.71 from Petroalliance Services Co. Ltd.,

2

Moscow, to The State Bank for Foreign Economic Affairs, Turkmenistan, which contained a reference "Transfer of Funds Withholding Tax for Rulewave B.V." (the "Belgian EFTs").

11. Plaintiff's counsel advised of the attachment of Belgian EFTs by email dated February 29, 2008. Ex. 2.

12. Blank Rome LLP, by letter dated March 4, 2008, Ex. 3 hereto, requested that Plaintiff's counsel release the Belgian Attachments stating, inter alia, that:

> ... Rulewave B.V. is not a named defendant in the Rule B action.

13. Plaintiff's counsel replied by email dated March 6, 2008 stating, in material part:

> ... Our investigation indicates that the Rulewave Group functions as a single economic unit, and indeed they describe themselves as such on their website. ...

Ex. 4.

14. Rulewave Holland is a separate corporation from Rulewave Dubai and does not "function" as a "single economic unit" with Rulewave Dubai.

15. As stated above, in paragraph 8, Rulewave Holland maintains separate bank accounts and observes corporate formalities respecting its separate corporate status from Rulewave Dubai, under applicable law.

16. I declare under penalty of the laws of the United States that the foregoing is true and correct.

Dated March 14, 2008
at Rotterdam, The Netherlands

_____
HENK POST

128954.00601/6623748v.1