# EXHIBIT 1

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA) 



# CERTIFICATE OF GOOD STANDING

Company No :
199500657H

This is to certify that **RULEWAVE SINGAPORE PTE LTD** was incorporated in Singapore under the Companies Act, Cap. 50 on 26/01/1995 and that the company is **LIMITED PRIVATE COMPANY**.

According to our computer records the company is listed as "Live". Its activity (ies) is/are listed as

Activities (I)   : SHIPPING LINES (53101)
Activities (II)  : SHIP CHANDLERS (50931)

JASMINE TAN
ASST REGISTRAR OF COMPANIES & BUSINESSES
ACCOUNTING AND CORPORATE REGULATORY AUTHORITY(ACRA)
SINGAPORE
Dated : 06/03/2008

