# EXHIBIT 2

From: SCHULTZ, PAMELA L. [mailto:SCHULTZ@FREEHILL.COM]
Sent: Friday, February 29, 2008 5:25 PM
To: Harwood, Jeremy J.O.
Cc: GUTOWSKI, PETER
Subject: Cosmotrade v. Rulewave

Jeremy,
JPMorgan restrained two wires, one in the amount of $29,992.00 for the ultimate benefit of Rulewave B.V. and the other in
the amount of $5,292.71 from Petroalliance Services Co. Ltd. of Moscow to an account with the State Bank for Foreign
Economic Affairs of Turkmenistan with a payment reference of "Transfer of Funds Withholding Tax for Rulewave B.V."

Regards,
Pamela L. Schultz
Freehill Hogan & Mahar
80 Pine Street, 24th Floor
New York, NY 10005
Tel: 212-381-3025
Fax: 212-425-1901

-------------------------------------------

3/6/2008