# EXHIBIT 3



Phone: (212) 885-5149
Fax: (917) 332-3720
Email: JHarwood@BlankRome.com

March 4, 2008

**BY FAX**

Freehill Hogan & Mahar
80 Pine Street, 24th Floor
New York, NY 10005
Attn: Pamela L. Schultz, Esq.
Peter J. Gutowski, Esq.

      Re: Cosmotrade Exports S.A. v. Rulewave LLC (Dubai)
           A/K/A Rulewave LLC
           07 CV 9377 (RWS)
           Our Ref. No.: 128954-00601

Dear Sirs:

    We are attorneys for defendant Rulewave LLC (Dubai). We refer to your email of February 29, 2008 (at 5:25 p.m.) advising that "JPMorgan restrained two wires" or EFTs, one in which the named beneficiary was Rulewave B.V. and the other which is the named beneficiary account is "the State Bank for Foreign Economic Affairs with payment reference to Rulewave B.V."

    As you should be aware, Rulewave B.V. is not a named defendant in the Rule B action. Accordingly, EFTs originating to or from Rulewave B.V. or referring to Rulewave B.V. should not be attached and your direction to JP Morgan to do so is improper. Kindly instruct JPMorgan to release those attachments failing which we will seek immediate Rule E release.

    Moreover, we have just received a copy of your letter dated February 27, 2008 purporting to further serve the garnishee banks and asking for a "status of the attachment and the amount of any funds being held pursuant to this restraint." We were somewhat surprised that this letter was not copied to us given that we filed an answer and appeared on January 2, 2008. We ask the garnishee banks, in reading in copy, to copy us on all communications to and from plaintiff's counsel. We also request that you make a return



March 4, 2008
Page 2

of service prior to the date of the conference before Judge Sweet on March 19 and that JPMorgan advise us of the exact time and date in which the two Rule B.V. wire transfers that it has restrained were held and whether or not it was before or after the "re-service" on February 27.

Very truly yours,

Jeremy J.O. Harwood

JJH:rk
cc: ABN Amro
　　Attn: Suzanne Sterling/Patricia McElveen
　　212-409-7303

　　HSBC & HSBC Bank USA N.A.
　　Attn: Jessica Sperandeo
　　212-382-7593

　　The Bank of New York Mellon
　　Attn: Shelby Feder
　　212-693-5040

　　Atlantic Bank of NY
　　Attn: Magalie Zurand
　　516-942-6099

　　JP Morgan Chase Bank
　　Attn: Teresa Goldberg
　　917-464-8069

　　Deutsche Bank Trust Company
　　Attn: Legal Dept.
　　646-502-4225

　　Mashreqbank
　　Attn: Legal Dept.
　　212-545-0919

128954.00601/6621396v.1