# EXHIBIT 1



# THE COMPANIES ACT 1985

## Company No. 1815693

The Registrar of Companies for England and Wales hereby certifies that

RULEWAVE (UK) LIMITED (originally called DIKAPPA (NUMBER 306) LIMITED changed its name on 4th October 1984 to TUBOCO LIMITED which was changed on 22nd April 1987 to ENERGY EXPRESS LIMITED which was changed on 1st January 1991 to RULEWAVE (UK) LIMITED each change having been made by special resolution ) was incorporated under the Companies Acts 1948 to 1981 as a limited company on 11th May 1984.

The Registrar further certifies that according to the documents on the file of the company:-
  a) FRANCISCUS THOMAS JOZEF ROSIER and BARRY CYRIL WHITELEY are the directors of the company,
  b) BARRY CYRIL WHITELEY is the secretary of the company,
  c) the situation of the registered office is 12 PLUMTREE COURT, LONDON EC4A 4HT,
  d) the nominal share capital of the company is £15,000 divided into 15,000 shares of £1 each, of which 10,000 shares have been issued,
  e) BARRY CYRIL WHITELEY and ESSHAROS BEHEER BV are the shareholders of the company.

According to the documents on the file of the company in the custody of the Registrar of Companies, the company has been in continuous and unbroken existence since the date of its incorporation.
No action is currently being taken by the Registrar of Companies for striking the company off the register and dissolving it as defunct, and as far as the Registrar is aware:-
  a)    the company is not in liquidation or subject to an administration order, and
  b)    no receiver or manager of the company's property has been appointed.
        ****************************************************************

Given at Companies House, Cardiff the **13th March 2008**

V M STEPHENS
for the Registrar of Companies



*This certificate records the result of a search of the information recorded and kept by the Registrar of Companies. This information is derived from documents sent by companies or their authorised representatives that are accepted in good faith without verification by the Registrar. Accordingly, the Registrar is not able to and does not warrant in any way the accuracy or completeness of the information searched.*