# EXHIBIT 2

Case 1:07-cv-09377-RWS    Document 15-3    Filed 03/14/2008    Page 1 of 2

We are owed US $ 31,402.62 by Apex Tubulars Limited, Aberdeen, Scotland, who transferred this amount to our nominated
account on 13th February via The Royal Bank of Scotland.
We understand that you have confiscated these funds and we would appreciate clarification of your basis for this action.

RBS reference is ELBANK014868641/Delivery reference 0000008671010900.

Thanking you in anticipation of your clarification in this matter +


Kindest Regards
Barry C. Whiteley
Director

**RULEWAVE (UK) LIMITED**
Tel:  +44 (0) 207 375 1121
Mobile: +44 (0) 7802 387 284
Fax: +44 (0) 207 375 1765

All business is undertaken subject to the Standard Trading Conditions of the British International freight Association (BIFA) 2000 Edition B - Copy available on request