# EXHIBIT 3

**Van:** Swanson, Sarah L -Legal [mailto:sarah.l.swanson@bankofamerica.com]
**Verzonden:** maandag 10 maart 2008 20:26
**Aan:** Barry Whiteley
**CC:** Frank Rosier; Henk Post; Swanson, Sarah L -Legal; Bengtson, Kathryn A -Legal; SCHULTZ, PAMELA L.
**Onderwerp:** RE: Detention of funds - US Dollars $31,402.62RE: trn_62016.txt TRN# 20080213-00062016 USD 31,402.62 COURT ORDER-RULEWAVE UK LIMITED
**Urgentie:** Hoog
**Gevoeligheid:** Vertrouwelijk

RE: Process of Maritime Attachment & Garnishment RE: trn_62016.txt TRN# 20080213-00062016 USD 31,402.62 COURT ORDER-RULEWAVE UK LIMITED

Dear Mr. Whiteley,

Pursuant to your request below, please be advised that BANA is not a party to this litigation, but is merely under COURT ORDER to act as a garnishee to the attached Maritime Order of Attachment & Garnishment.

Per Plaintiff's counsel, Pamela Schultz of Freehill Hogan & Majar these funds must be frozen as they appear to fall within the scope of the Writ. You may contact counsel directly to find out whether or not the funds can be

released. I have attached the WRIT for your convenience, and her contact information is within it.

*Have a nice day,*

Sarah

*Sarah L. Swanson, NCCP*
*Paralegal/AVP*
*Bank of America - Legal Department*
*GCIB: GPS & GWIM*
*Maritime*

Phone: 704.386.9334 - (Effective March 08 - area code changing to 980)
Fax: 704.719.8478
Email: sarah.l.swanson@bankofamerica.com

Bank of America

Mail Code: NC1-002-29-01

101 S. Tryon Street - 30th Floor

Charlotte, NC 28255-0001

*This transmission, together with any attachments, is confidential, intended for only the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. The sender does not waive any privilege or confidentiality in the event of an inadvertent transmission to an unauthorized recipient. In the event of such a transmission, you are hereby notified that any use, dissemination, distribution or copying of this message, or any attachment, is strictly prohibited.*

*If you have received this message in error, please immediately contact the sender and delete this e-mail and any attachments from your computer. Thank you.*

SPREAD THE SPIRIT! *Have you sent a Bank of America Spirit Celebration Card today? It is easy to do, just click on the link below:*

http://spirit.bankofamerica.com/