BLANK ROME LLP
Attorneys for Intervenors
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COSMOTRADE EXPORTS S.A., <br><br>                           Plaintiff, <br><br> - against - <br><br> RULEWAVE LLC (DUBAI) a/k/a <br> RULEWAVE LLC, <br><br>                           Defendant. | 07 CV 9377 (RWS) |

**DECLARATION OF HARTMUT STUHLDREIER IN SUPPORT
OF MOTION TO VACATE ATTACHMENT OF ASSETS
OF RULEWAVE B.V. AND RULEWAVE INC.**

I, HARTMUT STUHLDREIER, declare under penalty of perjury of the laws of the United States:

1. I am the director of Rulewave Inc. ("Rulewave Texas") with offices at 450 N. Sam Houston Parkway E., Suite 222, Houston, Texas. I have had that position since 1991.

2. I attach as Exhibit 1 the "Certificate of Incorporation" of Rulewave Texas.

3. Rulewave Texas maintains separate bank accounts and does not co-mingle accounts with defendant Rulewave LLC (Dubai) ("Rulewave Dubai").

4. Rulewave Texas does not and has not acted as "paying agent" for or on behalf of Rulewave Dubai.

## THE ATTACHMENTS

5. On or about March 12, 2008 Bank of America attached an electronic fund transfer ("EFTs") sent by Rulewave Texas in the sum of $6,352.76.

6. I advised Plaintiff's counsel of the attachment by email dated March 12, 2008. Ex. 2 hereto.

7. I requested that Plaintiff's counsel release the Attachment stating, inter alia, that:

> We want to point out that we are RULEWAVE INC., a Texas registered company. We started here in 1991 in Houston, TX. We have no legal nor financial interest in Rulewave LLC, with other words we have nothing to do with the case which Freehill is handling.

8. Plaintiff's counsel replied by email dated March 12, 2008 stating, in material part:

> ... Our investigation indicates that the Rulewave Group (which includes Rulewave Inc. and Rulewave LLC) functions as a single economic unit, and indeed each describes themselves as such on their website. . . .

Ex. 3.

9. Rulewave Texas is a separate corporation from Rulewave Dubai and does not "function" as a "single economic unit" with Rulewave Dubai.

10. As stated above, in paragraph 3, Rulewave Texas maintains separate bank accounts and observes corporate formalities respecting its separate corporate status from Rulewave Dubai, under applicable law.

11. I declare under penalty of the laws of the United States that the foregoing is true and correct.

Dated March 14, 2008
at Houston, Texas

_____
HARTMUT STUHLDREIER

128954.00601/6623753v.1