**EXHIBIT 2**

Peter J. Gutowski
Pamela L. Schultz

Pamela L. Schultz
Freehill Hogan & Mahar
80 Pine Street, 24th Floor
New York, NY 10005
Tel: 212-381-3025
Fax: 212-425-1901

---

**From:** Harts@rulewave.com [mailto:harts@rulewave.com]
**Sent:** Wednesday, March 12, 2008 12:41 PM
**To:** sarah.l.swanson@bankamerica.com
**Cc:** SCHULTZ, PAMELA L.
**Subject:** Garnishment of funds - Comotrade Exports SA v. Rulewave LLC, Dubai

Ladies, good afternoon

We understand that Bank of America on orders from Freehill Hogan and Mahar has arrested $ 6352.76 from us, assuming that this is part if the garnishment order.

We want to point out that we are RULEWAVE INC. a Texas registered company. We started here in 1991 in Houston, Tx.
We have no legal nor financial interest in Rulewave LLC, with other words we have nothing to do with the case which Freehill is handling.

We require a full E-mail from you this afternoon that this arrest has been cancelled. (Bank of America you can send the money back to us, as we paid our customer by other means)
Should be not get a satisfying answer, we will hand it over to our counsel. Hope that this is not necessary.

Sincerely,
Hartmut Stuhldreier
Rulewave Inc.
450 N. Sam Houston Parkway E. Ste. 222
Houston, Tx. 77060
Tel. 281-447 7799
Fax 281-447 7899
++++++++

---

PLEASE NOTE: The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive such. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you received this communication in error, or if any problems occur with transmission, please notify us immediately by telephone - (212) 425-1900. Thank you.

3/13/2008