UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

COSMOTRADE EXPORTS S.A.,

                 Plaintiff,

   - against -

RULEWAVE LLC (DUBAI) A/K/A RULEWAVE LLC,

              Defendant.

------------------------------------------X

07 Civ. 9377 (RWS)

O R D E R

```
+-------------------------------+
| USDC SDNY                     |
| DOCUMENT                      |
| ELECTRONICALLY FILED          |
| DOC #: _____        |
| DATE FILED: 3|18|08           |
+-------------------------------+
```

Sweet, D.J.,

      Rulewave B.V., Rulewave Inc., and Rulewave (UK) Ltd.'s motions, dated March 17, 2008, will be heard at noon on Wednesday, April 9, 2008, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

      It is so ordered.

New York, NY
March 17, 2008

                 ROBERT W. SWEET
                 U.S.D.J.