UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08

| | |
|---|---|
| COSMOTRADE EXPORTS S.A., | |
| Plaintiff, | 07 CV 9377 (RWS) |
| - against - | STIPULATION OF DISMISSAL, RELEASE OF ATTACHMENTS AND ORDER THEREON |
| RULEWAVE LLC (DUBAI) a/k/a RULEWAVE LLC, | |
| Defendant. | |

WHEREAS, on or about October 19, 2007, Plaintiff COSMOTRADE EXPORTS S.A. ("Cosmotrade") filed this action against Defendant RULEWAVE LLC (DUBAI) a/k/a RULEWAVE LLC ("Rulewave") and obtained the issuance of a Writ of Attachment and Garnishment and an Order for Issuance of a Writ of Attachment and Garnishment dated on or about October 19, 2007 (collectively, the "Process of Maritime Attachment and Garnishment"); and

WHEREAS, the Process of Maritime Attachment and Garnishment were subsequently served on various garnishee banks in this district; and

WHEREAS, Cosmotrade has attached funds at one or more of the named garnishee banks ("Garnishees");

WHEREAS, Cosmotrade has settled its claim against Rulewave and has agreed to release all sums attached in this action and to dismiss this action with prejudice;

NOW, pursuant to the subjoined consent of the attorneys for Cosmotrade and Rulewave, it is:

128954.00601/6629240v.1

ORDERED that the Garnishees release all attachments held by them and wire such attached funds to an account of Rulewave B.V. or as Rulewave's counsel directs; and it is further

ORDERED that the action is dismissed with prejudice and without costs.

Dated: April 4, 2008

| BLANK ROME LLP | FREEHILL HOGAN & MAHAR |
|---|---|
| By: *Jeremy Harwood* (by email) <br> Jeremy Harwood, Esq. (per email authority) <br> 405 Lexington Avenue <br> The Chrysler Building <br> New York, NY 10174 <br> Tel: (212) 885-5000 <br> Fax: (212) 885-5001 <br> jharwood@blankrome.com <br><br> *Attorneys for Defendant Rulewave LLC (Dubai) and Intervenors Rulewave B.V, Rulewave Inc. and Rulewave (UK) Ltd.* | By: *Peter J. Gutowski* (PG2200) <br> Peter J. Gutowski, Esq. (PG2200) <br> 80 Pine Street, 24th Floor <br> New York, NY 10005 <br> Tel: (212) 425-1900 <br> Fax: (212) 425-1901 <br> gutowski@freehill.com <br><br> *Attorneys for Plaintiff* <br> *COSMOTRADE EXPORTS S.A.* |

SO ORDERED:

_____
United States District Judge     Date 4-7-08